UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AARON LEE DURNING,**

    Petitioner,

v.                                                  **Case No. 3:23-cv-7472-LC-MJF**

**RICKY D. DIXON,**

    Respondent.

_____/

## **ORDER**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 16, 2024. ECF No. 18. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, the Court concludes that it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 18, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, Doc. 15, is **GRANTED**

3. The amended petition for writ of habeas corpus, ECF No. 7, challenging the judgment of conviction and sentence in *State of Florida v. Aaron Lee Durning,* Escambia County Circuit Court Case No. 2015-CF-5376, is **DISMISSED with prejudice** as time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 16th day of February, 2024.

      *s/L.A. Collier*
      **LACEY A. COLLIER**
      **SENIOR UNITED STATES DISTRICT JUDGE**